IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cameron Barron,  :
:
        Petitioner(s),  :
: Case Number: 1:12cv845
    vs.  :
: Chief Judge Susan J. Dlott
Warden, Lebanon Correctional Institution,  :
:
        Respondent(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 7, 2014 a Report and Recommendation (Doc. 17).  Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 18).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, petitioner's petition is DISMISSED with prejudice.  Reasonable jurists will not disagree with this, therefore, petitioner is DENIED a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal will be objectively frivolous.

IT IS SO ORDERED.


                         ___s/Susan J. Dlott_____
                           Chief Judge Susan J. Dlott
                           United States District Court